IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAMS SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV97 |
| | ) | |
| V. | ) | |
| | ) | |
| CAMBIAN BUSINESS SERVICES, | ) | ORDER |
| INC., MARK DOSTIE, and | ) | |
| CAMBIAN NET MARKETS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the defendants' unopposed motion to continue, (filing no. 25), is granted, and the parties shall file their Rule 26(f) Report of Parties' Planning Conference on or before July 29, 2009.

DATED this 21st day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge, in the absence of
Magistrate Judge David L. Piester