IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAMS SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV97 |
| | ) | |
| v. | ) | |
| | ) | |
| CAMBIAN BUSINESS SERVICES, INC., | ) | ORDER OF DISMISSAL |
| MARK DOSTIE, and CAMBIAN NET | ) | |
| MARKETS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the Stipulation and Joint Motion to Dismiss all Claims With Prejudice, filing 42, is granted. All claims and counterclaims are dismissed with prejudice, each party to pay its own costs.

Dated February 10, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge